IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RTC INDUSTRIES, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) Civil Action No. 17-cv-3595 ) ) Judge _____ ) |
| v. | ) Magistrate Judge _____ |
| FFR MERCHANDISING, INC., an Ohio corporation, | ) ) JURY DEMAND ) |
| Defendant. | ) ) ) ) |

## COMPLAINT

The Plaintiff, RTC Industries, Inc., (hereinafter "RTC"), for its Complaint against the Defendant, FFR Merchandising, Inc. ("Defendant"), alleges as follows:

## THE PARTIES

1. Plaintiff RTC is an Illinois corporation having its principle place of business at 2800 Golf Road, Rolling Meadows, Illinois 60008. RTC, *inter alia,* makes and sells consumer retail systems, including merchandise display systems. Since its founding in 1951, RTC has consistently advanced the leading edge of retail technology by providing new and innovative solutions to the retail marketplace.

2. On information and belief, Defendant FFR Merchandising, Inc. is an Ohio corporation with a principal place of business at 8181 Darrow Road Twinsburg, Ohio 44087. Defendant makes, uses, sells and offers for sale merchandise display systems, including systems which Defendant refers to as the Power Zone Kwik-Set Self-Facing

System, which are installed in numerous locations, and are depicted at https://www.ffr.com/merchandising-systems/self-facing-systems. The Power Zone Kwik-Set Self-Facing System is illustrated below.



3. On information and belief, Defendant does business on a regular basis in Illinois and in this District, including making, using, selling and/or offering for sale its Power Zone Kwik-Set Self-Facing System in Illinois and this District which infringes RTC's rights under the patents asserted herein.

**JURISDICTION AND VENUE**

4. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and particularly 35 U.S.C. §§ 271 and 281. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). Personal jurisdiction over the Defendant is proper in this Court.

5. Venue is proper in this District in accordance with 28 U.S.C. §§ 1391(b)-(c) and § 1400(b).

### COUNT 1 - INFRINGEMENT OF U.S. PATENT NO. 9,173,505

6. On November 3, 2015, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,173,505 ("the '505 patent") entitled "Product Management Display System with Trackless Pusher Mechanism." RTC is the owner of the '505 patent, by virtue of assignment of all rights, title and interest to the '505 patent. A true and correct copy of the '505 patent is attached to this Complaint as Exhibit A.

7. Defendant manufactures, uses, offers to sell, sells, and/or imports merchandise display systems, including, but not limited to its Power Zone Kwik-Set Self-Facing System, and/or engages in activities related to merchandise display systems that are covered by one or more claims of the '505 patent, including at least claims 1, 7, 9 and 10.

8. Defendant's acts of infringement have been without express or implied license by RTC, are in violation of RTC's rights, and will continue unless enjoined by this Court.

9. On information and belief, Defendant's acts of infringement have been willful. Defendant has continued its infringement with knowledge of the '505 patent and in willful disregard of the '505 patent and the rights created thereunder.

10. RTC has been and will continue to be irreparably harmed by Defendant's infringement of the '505 patent.

### COUNT 2 - INFRINGEMENT OF U.S. PATENT NO. 9,149,132

11. On October 6, 2015, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,149,132 ("the '132 patent") entitled "Product Management Display System with Trackless Pusher Mechanism." RTC is the owner of the '132

patent, by virtue of assignment of all rights, title and interest to the '132 patent. A true and correct copy of the '132 patent is attached to this Complaint as Exhibit B.

12. Defendant manufactures, uses, offers to sell, sells, and/or imports merchandise display systems, including, but not limited to its Power Zone Kwik-Set Self-Facing System, and/or engages in activities related to merchandise display systems that are covered by one or more claims of the '132 patent, including at least claims 1, 5, 6, 7 and 8.

13. Defendant's acts of infringement have been without express or implied license by RTC, are in violation of RTC's rights, and will continue unless enjoined by this Court.

14. On information and belief, Defendant's acts of infringement have been willful. Defendant has continued its infringement with knowledge of the '132 patent and in willful disregard of the '132 patent and the rights created thereunder.

15. RTC has been and will continue to be irreparably harmed by Defendant's infringement of the '132 patent.

## COUNT 3 - INFRINGEMENT OF U.S. PATENT NO. 8,662,319

16. On March 4, 2014, the United States Patent and Trademark Office duly and legally issued United States Patent No. 8,662,319 ("the '319 patent") entitled "Product Management Display System." RTC is the owner of the '319 patent, by virtue of assignment of all rights, title and interest to the '319 patent. A true and correct copy of the '319 patent is attached to this Complaint as Exhibit C.

17. Defendant manufactures, uses, offers to sell, sells, and/or imports merchandise display systems, including, but not limited to its Power Zone Kwik-Set Self-Facing System, and/or engages in activities related to merchandise display systems that are covered by one or more claims of the '319 patent, including at least claims 1 and 8.

18. Defendant's acts of infringement have been without express or implied license by RTC, are in violation of RTC's rights, and will continue unless enjoined by this Court.

19. On information and belief, Defendant's acts of infringement have been willful. Defendant has continued its infringement with knowledge of the '319 patent and in willful disregard of the '319 patent and the rights created thereunder.

20. RTC has been and will continue to be irreparably harmed by Defendant's infringement of the '319 patent.

**COUNT 4 - INFRINGEMENT OF U.S. PATENT NO. 8,096,427**

21. On January 17, 2012, the United States Patent and Trademark Office duly and legally issued United States Patent No. 8,096,427 ("the '427 patent") entitled "Product Management Display System." RTC is the owner of the '427 patent, by virtue of assignment of all rights, title and interest to the '427 patent. A true and correct copy of the '427 patent is attached to this Complaint as Exhibit D.

22. Defendant manufactures, uses, offers to sell, sells, and/or imports merchandise display systems, including, but not limited to its Power Zone Kwik-Set Self-Facing System, and/or engages in activities related to merchandise display systems that are covered by one or more claims of the '427 patent, including at least claims 1-15, and 17-20.

23. Defendant's acts of infringement have been without express or implied license by RTC, are in violation of RTC's rights, and will continue unless enjoined by this Court.

24. On information and belief, Defendant's acts of infringement have been willful. Defendant has continued its infringement with knowledge of the '427 patent and in willful disregard of the '427 patent and the rights created thereunder.

25. RTC has been and will continue to be irreparably harmed by Defendant's infringement of the '427 patent.

**COUNT 5 - INFRINGEMENT OF U.S. PATENT NO. 6,964,235**

26. On November 15, 2005, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,964,235 ("the '235 patent") entitled "Product Management Display System." RTC is the owner of the '235 patent, by virtue of assignment of all rights, title and interest to the '235 patent. A true and correct copy of the '235 patent is attached to this Complaint as Exhibit E.

27. Defendant manufactures, uses, offers to sell, sells, and/or imports merchandise display systems, including, but not limited to its Power Zone Kwik-Set Self-Facing System, and/or engages in activities related to merchandise display systems that are covered by one or more claims of the '235 patent, including at least claim 22.

28. Defendant's acts of infringement have been without express or implied license by RTC, are in violation of RTC's rights, and will continue unless enjoined by this Court.

29. On information and belief, Defendant's acts of infringement have been willful. Defendant has continued its infringement with knowledge of the '235 patent and in willful disregard of the '235 patent and the rights created thereunder.

30. RTC has been and will continue to be irreparably harmed by Defendant's infringement of the '235 patent.

**COUNT 6 - INFRINGEMENT OF U.S. PATENT NO. 6,041,720**

31. On March 28, 2000, the United States Patent and Trademark Office duly and legally issued United States Patent No. 6,041,720 ("the '720 patent") entitled "Product Management Display System." RTC is the owner of the '720 patent, by virtue of assignment of

all rights, title and interest to the '720 patent. A true and correct copy of the '720 patent is attached to this Complaint as Exhibit F.

32. Defendant manufactures, uses, offers to sell, sells, and/or imports merchandise display systems, including, but not limited to its Power Zone Kwik-Set Self-Facing System, and/or engages in activities related to merchandise display systems that are covered by one or more claims of the '720 patent, including at least claims 1-8, 10 and 11.

33. Defendant's acts of infringement have been without express or implied license by RTC, are in violation of RTC's rights, and will continue unless enjoined by this Court.

34. On information and belief, Defendant's acts of infringement have been willful. Defendant has continued its infringement with knowledge of the '720 patent and in willful disregard of the '720 patent and the rights created thereunder.

35. RTC has been and will continue to be irreparably harmed by Defendant's infringement of the '720 patent.

**COUNT 7 - INFRINGEMENT OF U.S. PATENT NO. 9,635,957**

36. On May 2, 2017, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,635,957 ("the '957 patent") entitled "Product Management Display System." RTC is the owner of the '957 patent, by virtue of assignment of all rights, title and interest to the '957 patent. A true and correct copy of the '957 patent is attached to this Complaint as Exhibit G.

37. Defendant manufactures, uses, offers to sell, sells, and/or imports merchandise display systems, including, but not limited to its Power Zone Kwik-Set Self-Facing System, and/or engages in activities related to merchandise display systems that are covered by one or more claims of the '957 patent, including at least claims 1, 5, 6, 14 and 15.

38. Defendant's acts of infringement have been without express or implied license by RTC, are in violation of RTC's rights, and will continue unless enjoined by this Court.

39. On information and belief, Defendant's acts of infringement have been willful. Defendant has continued its infringement with knowledge of the '957 patent and in willful disregard of the '957 patent and the rights created thereunder.

40. RTC has been and will continue to be irreparably harmed by Defendant's infringement of the '957 patent.

## JURY DEMAND

41. RTC demands a jury trial on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff RTC respectfully prays that:

A. Pursuant to 35 U.S.C. §271, this Court enter judgment that Defendant has been and is currently infringing the '505, '132, '319, '427, '235, '720 and '957 patents;

B. This Court Order that Defendant and each of its officers, agents, servants, employees, assigns and successors in interest, those persons in active concert of participation with it who receive notice of the injunction, and others acting on its behalf, be preliminarily and permanently enjoined from infringing the '505, '132, '319, '427, '235, '720 and '957 patents, including through use of the infringing products as well as making, selling or offering for sale the infringing products or engaging in infringing activities;

C. This Court Order that Defendant notify purchasers and users of the infringing products and activities that the products and activities infringe the '505, '132, '319, '427, '235, '720 and '957 patents, and that Defendant recall all infringing products sold or otherwise

distributed, and that the Defendant remove the infringing products from all stores where those products have been installed;

      D.      Defendant be directed to provide an accounting to determine the damages suffered by RTC as a result of Defendant's infringing conduct, such damages including, but not limited to, RTC's lost profits on sales or offers for sale of the infringing products, and in no event less than a reasonable royalty;

      E.      Defendant be directed to pay RTC the amount of damages that RTC has sustained as a result of Defendant's acts of patent infringement, and that such damages be trebled under 35 U.S.C. §284 as a result of any willful infringement of RTC's '505, '132, '319, '427, '235, '720 and/or '957 patents;

      F.      This be declared an exceptional case under 35 U.S.C. §285, and RTC be awarded its attorneys' fees;

      G.      Defendant be directed to pay RTC an award of pre-judgment interest, post-judgment interest, and costs of the suit; and

      H.      RTC be granted such other further relief as the Court may deem proper and just.

                                                      Respectfully submitted,

Dated: May 12, 2017                By:   /s/ Scott A. Burow

                                                      Joseph J. Berghammer
                                                        *jberghammer@bannerwitcoff.com*
                                                        Scott A. Burow
                                                        *sburow@bannerwitcoff.com*
                                                        Surendra K. Ravula
                                                         *sravula@bannerwitcoff.com*
                                                         BANNER & WITCOFF, LTD.
                                                         10 South Wacker Drive, Suite 3000
                                                         Chicago, Illinois 60606
                                                         Tel.:    (312) 463-5000
                                                         Fax:    (312) 463-5001

                                                         ***Attorneys for Plaintiff***
                                                         ***RTC Industries, Inc.***