IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RTC Industries, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:17-cv-03595 |
| | ) | |
| v. | ) | Judge: Honorable Martha M. Pacold |
| | ) | Magistrate: Honorable Heather K. McShain |
| Fasteners For Retail, Inc., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| | ) | |

**FFR'S MOTION TO PRECLUDE RTC FROM RELYING
ON THE ALLEGED CONCEPTION AND REDUCTION TO PRACTICE DATES
IT IDENTIFIED FOR THE FIRST TIME AFTER THE CLOSE OF FACT DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 26 and 37, and to the Court's Orders (Dkts. 157, 188, 325, 396, 464, 470), Defendant Fasteners For Retail, Inc. ("FFR") moves to preclude Plaintiff RTC Industries, Inc. ("RTC") from asserting or relying on conception and reduction to practice dates prior to September 2, 2011 for the '132, '505 and '321 Patents, and prior to January 28, 2013, for the '957 Patent, and likewise be precluded from relying on any document, including RTC249871 and RTC249872, to support a claim that the alleged inventor, Stephen Hardy, conceived of, reduced to practice, or otherwise invented the '132, '505, and '321 Patents prior to September 2, 2011, or the '957 Patent prior to January 28, 2013. (*See* Ex. C at 4:4–5:17 (citing Dkt. 462, Ex. A at 15).)

In support of this Motion, FFR provides the following information pursuant to the Court's ordered procedure for motions to compel (Dkt. 157):

- On March 16, 2020, FFR served a letter that is attached as **Exhibit A** to this Motion. (Ex. A.) FFR thereafter sought leave to file a Motion to Preclude relating to the issues raised by FFR's March 16, 2020 letter. (Dkt. 462.) The Court denied without

1

prejudice FFR's request to file that motion, ordered RTC to respond, and directed the parties to remotely meet-and-confer. (Dkt. 464.) The Court further ordered that "[a]ny motion on issues unresolved by the meet and confer process shall be filed by" June 19, 2020. (Dkt. 470.)

- On June 5, 2020, RTC served its response, which is attached as **Exhibit B** to this Motion. (Ex. B.)

- Pursuant to the Court's Order (Dkt. 470), the parties conducted a telephonic meet-and-confer in the presence of a court reporter on June 12, 2020. The transcript of the parties' meet-and-confer is attached as **Exhibit C** to this Motion. (Ex. C.) The discussion relating to FFR's March 16, 2020 letter appears at the transcript range 3:6–110:24. FFR identifies the following transcription errors in the transcript:

    - Ex. C at 4:14–15: "December 2, 2011" should read "September 2, 2011"

    - Ex. C at 4:15 and 4:21: "132505" should read "'132, '505" (referring to two separate patents, *see* Dkt. 462, Ex. A at 15)

    - Ex. C (throughout): "KAD" should read "CAD" (*i.e.*, computer-aided design)

- The parties agreed at the meet-and-confer session that FFR would attach the entire transcript from Mr. Hardy's and Mr. Ward's depositions to this non-speaking motion. (Ex. C at 97:14–19.) The full transcript from Mr. Hardy's November 6, 2019 deposition is attached as **Exhibit D** to this Motion, and the full transcript from Mr. Ward's November 6, 2019 deposition is attached as **Exhibit E** to this Motion.

- As discussed on the record at the meet-and-confer, FFR disagrees with RTC's

2

characterizations of certain testimony RTC cited in its letter, and seeks the Court's leave to identify for the Court no more than five pages of testimony by Mr. Hardy and Mr. Ward to counter and provide context for the testimony RTC cited in its letter. (*See* Ex. C at 109:13–109:16.) If the Court grants FFR leave to submit its counter-designations, FFR does not oppose RTC submitting five pages or fewer of responsive designations. (*Id.*)

Dated: June 19, 2020

Respectfully submitted,

*/s/ Gianni L. Cutri*
Gianni L. Cutri (IL Bar No. 6272109)
gianni.cutri@kirkland.com
Brian A. Verbus (IL Bar No. 6314193)
brian.verbus@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendant Fasteners For Retail, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 19, 2020.

                                                          */s/ Gianni L. Cutri*
                                                          Attorney for Fasteners For Retail, Inc.